UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TAYLOR,<br><br>          Petitioner,<br><br>      v.<br><br>RON DAVIS,<br><br>          Respondent | Case No. EDCV 17-740 CAS(JC)<br><br>JUDGMENT |

_____

     Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: April 25, 2017

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE